UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

ROBYN COSSLETT,

*Plaintiff*,                Civ. No.: 24-cv-00242

v.

THE SPINE AND PAIN CENTER, LLC,        **STIPULATION OF DISMISSAL**

*Defendant*.

NOW INTO COURT, through undersigned counsel, comes Plaintiff Robyn Cosslett and Defendant The Spine and Pain Center, LLC.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party.

Dated: January 17, 2025

Respectfully Submitted ,

By: /s/ Andrew Rozynski
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Main: 212-353-8700
Fax: No. 917-591-2875
arozynski@eandblaw.com
*Attorneys for Plaintiff*

By:/s/_____
Peter W. Brolick
Seacat Brolick Law
3220 South Peoria Ave, Suite 203
Tulsa, Oklahoma 74105

1

peter@seacatbrolicklaw.com
*Attorneys for The Spine and Pain Center, LLC*